UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                     :     INDICTMENT

MAURICE COTTMAN,                  :     07 CRIM 973

          Defendant.         :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 19 2007

COUNT ONE

The Grand Jury charges:

On or about September 9, 2007, in the Southern District of New York, MAURICE COTTMAN, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about September 20, 2000, in New York Supreme Court, New York County, for attempted criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a loaded 12 gauge shotgun and a shotgun shell, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____            _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MAURICE COTTMAN,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)


                        MICHAEL J. GARCIA
                    United States Attorney.

A TRUE BILL

                              Foreperson.

10/15/07 Filed indictment, Case assigned to J. Castel.
Pitman
USMJ.