```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA,             :

        -v-                           :      D E C L A R A T I O N

                                      :      07 Cr. 973(KPC)
MAURICE COTTMAN,
                                      :
              Defendant.
_____x
```

I, Claudia Clark, hereby declare under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. Mr. Maurice Cottman is the father of my child.

2. I live in Apartment 2B at 415 East 157th Street in the Bronx.

3. Mr. Cottman was staying with me in that apartment in early September 2007 and kept his clothes and other property in it.

4. Although I had given Mr. Cottman the apartment door keys, he did not have the key to the outside door.

5. I was driven home by a male friend during the early morning of September 9, 2007.

6. Mr. Cottman was waiting outside the building. He argued with me and my friend.

7. I opened and entered the outside door with Mr. Cottman. Inside the hallway we continued to argue. As we were climbing the stairs, he hit me.

8. Mr. Cottman entered the apartment. I did not.

9. When police officers arrived, they asked me what I wanted to do.

10. I told them I did not want to press charges, but wanted

Mr. Cottman out of the apartment and also wanted my keys back.

11.  I was never asked nor did I give the officers permission to enter or search my apartment.

12.  An officer told me that a gun was found in my apartment and asked if I was aware of it.  I said no.


Dated:  New York, New York
        _____, 2007


                            By:  _____
                                 CLAUDIA CLARK
                                 Declarant

TO:
    **MICHAEL J. GARCIA, ESQ.**
    United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007
    Attn:  **ADAM S. HICKEY, ESQ.**
         Assistant United States Attorney