```
INCIDENT        40F           CP2    T23    0453  D10    0453  N03523
10-34 OTHER/IN
        ML N FM                       PR 2          CCD              RMK
415 E 157 ST
MELROSE AVE - ELTON AVE
 40D 10-92 CRIME 0600   40ST1 10-98 0554   40H 10-98 0526
*0453 POSS WPNS------UNK INSJ------MC SHANE STS THAT LOC-----APT
2B---2FLR-----HIS SISTER BF IS BEATING HER-------CB 917 478 4901
*0454 ----AA MGE XMT D 2112*0454 FEMALE NUM 646 463 6096-------MC
STS THAT ML POSS MIGHT HAVE GUN AT LOC---MC IS NOT AT LOC----HE
ON HIS WAY------OPR 1109 CP23*0455 BF DECRIP BLK ML 6FT TALL ABT
130 TO 200 PDS------WRNG BROWN SHIRT N BLUE JEANS SHORTS------MC
STS PLZ COME ASAP-----OPR 1109 CP23*0456 -----UNITS ADV---OF ADD
D 2112*0456 AN1-AL1-9174784901 AT&T MOBILITY 626 TRINITY AVE NE
SECTOR COS:WPH2 LAT:040.314927 LON:-073.903763 OPER 1109-CP23
*0457 -----UNITS ADV-----OF ADD---AUTH OF 40SGT STS WILL ADV D
2112*0459 ---AUTH OF 40ST1--STS---NFU TO LOC WILL ADV---FURTHER
D 2112*0523 AUTH OF 40SGT XPORT 1 FEM TO SH IN REGS D 2112*0523
1 UNDER D 2112*0554 SGT 93 FRM XPORT
                                                    09SEP07 0617 LIVE
```

00026