I came home and I had to wait outside my Apt. cause I didn't have the key the front door key and my BabyMother came home wit another man and we started to argue and then the man she was wit started to argue with me to and then I went upstairs and he called my house phone saying that he and a couple of other people were waiting for me outside my door but it wasn't, It was the police But they didn't say Anything for about 10 minutes thats why I didn't open the door because I thought It was the other guy at the door. the cop's found a gun in my house But I told them were it was and I got the gun from my uncle who is dead and the reason I had the gun is because they were gonna shut down his old Apt so I took some of his belongings I don't know why I had this gun cause I'm not that type of person

x Maurice Collman 9/6/7
x Relem

JJ028